UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Unicare Life & Health Insurance Co., | : | Case No. 1:01CV1482 |
| Plaintiff | : | |
| v. | : | Magistrate Judge David S. Perelman |
| Floyd Craig, et al., | : | |
| | : | **MEMORANDUM OPINION** |
| Defendants | : | **AND ORDER** |

On November 9, 2005 this Court entered an Order directing that the monies on deposit in the court's registry in this action be held pending resolution of a fee dispute between Mr. Floyd Craig, Jr. and his counsel, Mr. Michael D. Goldstein.

Although therein it was stated that "this Court is not going to get involved in resolving that dispute," on December 28, 2005 this Court wrote Mr. Craig, with a copy to Mr. Goldstein, offering to do so.

Mr. Craig has not responded to that letter.

Mr. Goldstein did respond under date of December 30, 2005. Therein he stated that he would not oppose the release to Mr. Craig of $40,715.73 from the retained funds.

This being so, this Court will modify the prior Order, and direct that the Clerk release that amount to Mr. Craig, and retain the balance of $9,284.27 subject to further order of this Court. Mr. Craig may contact Ms. Panayota Giovili, at 216-357-7022, to make the necessary arrangements to

receive the funds.

**IT IS SO ORDERED**

s/DAVID S. PERELMAN
United States Magistrate Judge

DATE: January 13, 2006